UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHANN SIMMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INC., a corporation, CAROL NELSON, individually and as Manager for STATE FARM INSURANCE and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. CV12-2006 R (SHx)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MANUEL REAL<br><br>**ORDER RE PROTECTIVE ORDER**<br><br>Complaint filed: February 2, 2012<br>Trial Date: February 12, 2013 |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT:

1.　　The Parties Stipulation Re Protective Order, is hereby entered in its entirety as the order of this Court.

Dated:　September 5, 2012

_[signature]_

_____
HON. MANUEL L REAL
US DISTRICT JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308